**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ANGELA CORDELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 26-cv-01113-CYC |
| | ) |
| HI-PLAINS SCHOOL DISTRICT R-23, a | ) |
| political subdivision of the State of Colorado; | ) |
| GIGET BRUBACHER, in her individual and | ) |
| official capacity; | ) |
| BRYAN GORTON, in his individual and | ) |
| official capacity; | ) |
| DOES 1 -10 | ) |
| | ) |
| Defendants. | ) |

---

## SUMMONS IN A CIVIL ACTION

---

To:     Bryan Gorton
c/o Hi-Plains School District R-23
350 Patriot Drive
Seibert, CO 80834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Wells
The Wells Law Firm LLC
PO Box 1234
Fort Morgan, CO  80701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  March 19, 2026

*CLERK OF COURT*
s/ A. García Gallegos

*Signature of Clerk or Deputy Clerk*

